Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−22624−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cinthia Dlugosz
   aka Cinthia Maldonado
   2 Federal Street
   Metuchen, NJ 08840

Social Security No.:
   xxx−xx−4008

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:        3/25/26
Time:        02:00 PM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Marc Capone, Esq.
Attorney for Debtor

COMMISSION OR FEES
Fee: $5,110.50

EXPENSES
$498.00

If this is a chapter 13 case, the fees and expenses awarded:

☑       will not reduce the amount to be paid to general unsecured
         creditors under the plan.

☐       will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 18, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-22624-MBK |
| Cinthia Dlugosz | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 18, 2026 | Form ID: 137 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Cinthia Dlugosz, 2 Federal Street, Metuchen, NJ 08840-2815 |
| 520900961 | + Krystian Dlugosz, 68 Cristopher St Apt 2, Carteret, NJ 07008-3137 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: ecfbnc@aldridgepite.com | Feb 18 2026 21:29:00 | Asaph Abrams, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Feb 18 2026 21:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 18 2026 21:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520900954 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 18 2026 21:32:30 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520900955 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 18 2026 21:32:17 | Citibank, Attn: Bankruptcy, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 520960463 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 18 2026 21:29:00 | CrossCountry Mortgage, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520900956 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 18 2026 21:32:12 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520900957 | Email/Text: bankruptcycourts@equifax.com | Feb 18 2026 21:29:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520900958 | ^ MEBN | Feb 18 2026 21:24:57 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 520900959 | ^ MEBN | Feb 18 2026 21:25:08 | Greenspoon Marder LLP, 100 W. Cypress Creek Road Suite 700, Fort Lauderdale, FL 33309-2195 |
| 520900960 | + Email/Text: HWIBankruptcy@hunterwarfield.com | Feb 18 2026 21:30:00 | Hunter Warfield, Attention: Bankruptcy, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 520931802 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 18 2026 21:30:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520916660 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 18 2026 21:32:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520900962 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 18 2026 21:29:00 | Nationstar Mortgage Ll, Po Box 612488, Dallas, TX 75261-2488 |
| 520900963 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 18 2026 21:32:23 | Portfolio Recovery Associates, LLC, Attn: |

District/off: 0312-3                                  User: admin                                         Page 2 of 3

Date Rcvd: Feb 18, 2026                          Form ID: 137                              Total Noticed: 25

|  |  |  | Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520971599 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
|  |  | Feb 18 2026 21:32:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 520930079 | Email/Text: bnc-quantum@quantum3group.com | | |
|  |  | Feb 18 2026 21:30:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520913891 | Email/Text: bnc-quantum@quantum3group.com | | |
|  |  | Feb 18 2026 21:30:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520900964 | + Email/Text: bankruptcy@rubinrothman.com | | |
|  |  | Feb 18 2026 21:28:00 | Rubin & Rothman, 1787 Veterans Highway Suite 32, Islandia, NY 11749-1500 |
| 520900965 | ^ MEBN | | |
|  |  | Feb 18 2026 21:24:36 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 520900966 | + Email/Text: bankruptcy@bbandt.com | | |
|  |  | Feb 18 2026 21:29:00 | Truist Financial, Attn: Bankruptcy 214 N Tryon St, Charlotte, NC 28202-0129 |
| 520919083 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
|  |  | Feb 18 2026 21:30:00 | US Department of Education c/o Nelnet, 121 S 13TH ST, Lincoln, NE 68508-1911 |
| 520900967 | ^ MEBN | | |
|  |  | Feb 18 2026 21:25:45 | Uheaa/doe, Po Box 82561, Lincoln, NE 68501-2561 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marc C Capone | on behalf of Debtor Cinthia Dlugosz ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | |

District/off: 0312-3                          User: admin                                Page 3 of 3
Date Rcvd: Feb 18, 2026                    Form ID: 137                          Total Noticed: 25

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4