**GILLMAN CAPONE LLC**
**Marc C. Capone, Esq.**
**60 Highway 71**
**Spring Lake Heights, NJ 07762**
**Telephone: (732) 528-1166**
**Fax: (732) 661-1707**
**Email: ecf@gillmancapone.com**

Order Filed on March 25, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 13 |
| Cinthia Dlugosz, | Case No. 25-22624 |
| Debtor(s). | Hearing Date: March 25, 2026 |
| | Judge:  Michael B. Kaplan |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: March 25, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Marc Capone_____, the applicant, is allowed a fee of $_____5,110.50_____for services rendered and expenses in the amount of $_____498.00_____for a total of $_____5,608.50_____. The allowance is payable:

☒  $_____2,608.50____ through the Chapter 13 plan as an administrative priority.

☒  $_____3,000.00____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____N/A_____per month for ____N/A____months to allow for payment of the above fee.

*rev.8/1/15*

2