UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jessica Ann Berry, Esq. (Bar No. 029912007)
Greenspoon Marder LLP
100 West Cypress Creek Rd., Suite 700
Fort Lauderdale, FL  33309
TEL. (888)491-1120
FAX (954) 3436982
bankruptcy@gmlaw.com

Attorney for CrossCountry Mortgage, LLC

In Re:

Cinthia Dlugosz,

Debtor.

Case No.:    25-22624-MBK

Chapter:    13

Judge:    Michael B. Kaplan

## REQUEST OF CROSSCOUNTRY MORTGAGE, LLC
## FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P.2002(g)

Jessica Ann Berry, Esq., of Greenspoon Marder LLP, hereby appears as attorney of record for CrossCountry Mortgage, LLC, in connection with the above captioned proceeding, and requests that the Clerk, pursuant to Federal R. Bank. P. 2002(g), add the undersigned to the mailing matrix for the case and requests that all notices, pleadings and papers which must be served to creditors, any creditor's committees, and any other parties-in-interest, whether sent by the Court, Debtor, or any other party in the case, be sent to the undersigned at the following address:

Greenspoon Marder LLP
100 West Cypress Creek Rd., Suite 700
Fort Lauderdale, FL  33309
Email address: bankruptcy@gmlaw.com

24-002344

I HEREBY CERTIFY that on June _23__, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice to the following CM/ECF participants electronically and/or via US Mail.

By: /s/ Jessica Ann Berry
Jessica Ann Berry, Esq. (Bar No. 029912007)
Greenspoon Marder LLP
100 West Cypress Creek Rd., Suite 700
Fort Lauderdale, FL  33309
TEL. (888) 491-1120
FAX (954) 343-6982
bankruptcy@gmlaw.com

*Debtor*
**Cinthia Dlugosz**
2 Federal Street
Metuchen, NJ 08840

*Attorney for Debtor*
**Marc C Capone**
Gillman Capone, LLC
770 Amboy Avenue
Edison, NJ 08837

*Trustee*
**Albert Russo**
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

*U.S. Trustee*
**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center, Ste 2100
Newark, NJ 07102

24-002344