UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman Capone, LLC
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
(732) 528-1166
Attorney for the Debtor

By: Marc C. Capone, Esq.

| In Re: | Case No.: | 25-22624 |
| --- | --- | --- |
| | Judge: | Michael B. Kaplan |
| Cinthia Dlugosz | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.     ☒ Motion for Relief from the Automatic Stay filed by ___CrossCountry Mortgage___ ,

creditor,

A hearing has been scheduled for _____July 29, 2026_____, at __9:00am__.

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

☐ Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.     I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____, but have not

been accounted for.  Documentation in support is attached.

☒  Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):

I am going through an divorce and am the sole support for my family. I had some expenses related to my daughter's college education. I will be able to make the July mortgage payment to CrossCountry Mortgage by July 31, 2026. According to the certification filed by the mortgage company, after the suspense balance is applied, I owe $2,556.14. I would like to be able to pay that over six (6) months.

☐  Other (**explain your answer**):

I will be able to resume making the regular monthly payments to CrossCountry Mortgage beginning August 2026.

3.      This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: _7/22/26_____                    _/s/ Cinthia Dlugosz_____
                                                  Debtor's Signature

Date: _____                     _____
                                                  Debtor's Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*