Form 185 − ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−22624−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Cinthia Dlugosz
aka Cinthia Maldonado
2 Federal Street
Metuchen, NJ 08840

Social Security No.:
xxx−xx−4008

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on February 13, 2026.

On August 20, 2026 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date: September 30, 2026
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 20, 2026
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re: Case No. 25-22624-MBK
Cinthia Dlugosz Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 3
Date Rcvd: Aug 20, 2026 Form ID: 185 Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cinthia Dlugosz, 2 Federal Street, Metuchen, NJ 08840-2815 |
| cr | + | CrossCountry Mortgage, LLC, Greenspoon Marder LLP, c/o Jessica Ann Berry, 100 West Cypress Creek Rd., Suite 700, Fort Lauderdale, FL 33309 UNITED STATES 33309-2195 |
| 520900961 | + | Krystian Dlugosz, 68 Cristopher St Apt 2, Carteret, NJ 07008-3137 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ecfbnc@aldridgepite.com | Aug 20 2026 21:42:00 | Asaph Abrams, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 20 2026 21:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 20 2026 21:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520900954 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 20 2026 21:43:56 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520900955 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 20 2026 21:44:14 | Citibank, Attn: Bankruptcy, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 520960463 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 20 2026 21:41:00 | CrossCountry Mortgage, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520900956 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 20 2026 21:44:03 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520900957 | | Email/Text: bankruptcycourts@equifax.com | Aug 20 2026 21:42:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520900958 | ^ | MEBN | Aug 20 2026 21:38:09 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 520900959 | ^ | MEBN | Aug 20 2026 21:40:27 | Greenspoon Marder LLP, 100 W. Cypress Creek Road Suite 700, Fort Lauderdale, FL 33309-2195 |
| 520900960 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Aug 20 2026 21:42:00 | Hunter Warfield, Attention: Bankruptcy, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 520931802 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 20 2026 21:43:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520916660 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 20 2026 21:44:10 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520900962 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 20 2026 21:41:00 | Nationstar Mortgage Ll, Po Box 612488, Dallas, TX 75261-2488 |

| | | | | |
|---|---|---|---|---|
| 520900963 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 20 2026 21:43:58 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520971599 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 20 2026 21:43:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 520930079 | | Email/Text: bnc-quantum@quantum3group.com | Aug 20 2026 21:42:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520913891 | | Email/Text: bnc-quantum@quantum3group.com | Aug 20 2026 21:42:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520900964 | + | Email/Text: bankruptcy@rubinrothman.com | Aug 20 2026 21:41:00 | Rubin & Rothman, 1787 Veterans Highway Suite 32, Islandia, NY 11749-1500 |
| 520900965 | ^ | MEBN | Aug 20 2026 21:37:40 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 520900966 | + | Email/Text: bankruptcy@bbandt.com | Aug 20 2026 21:42:00 | Truist Financial, Attn: Bankruptcy 214 N Tryon St, Charlotte, NC 28202-0129 |
| 521222621 | | Email/Text: EDBKNotices@ecmc.org | Aug 20 2026 21:41:00 | U.S. Department of Education, PO Box 16448, Saint Paul MN 55116-0448 |
| 520919083 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 20 2026 21:42:00 | US Department of Education c/o Nelnet, 121 S 13TH ST, Lincoln, NE 68508-1911 |
| 520900967 | ^ | MEBN | Aug 20 2026 21:39:32 | Uheaa/doe, Po Box 82561, Lincoln, NE 68501-2561 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Jessica Ann Berry | on behalf of Creditor CrossCountry Mortgage LLC bankruptcy@gmlaw.com |
| Marc C Capone | |

| | |
|---|---|
| | on behalf of Debtor Cinthia Dlugosz ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor CrossCountry Mortgage LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5