UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jessica Ann Berry, Esq. (Bar No. 029912007)
Greenspoon Marder LLP
Trade Centre South, Suite 700
100 W. Cypress Creek Road
Fort Lauderdale, FL 33309
TEL. (954) 491-1120
FAX (954) 343-6982
bankruptcy@gmlaw.com
Attorney for CrossCountry Mortgage, LLC

In Re:

Cinthia Dlugosz
aka Cinthia Maldonado,

Debtor.

Case No.: 25-22624-MBK

Chapter: 13

Hearing Date: July 29, 2026

Judge: Michael B. Kaplan

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled ☐ Withdrawn

Matter: Motion for Relief from Stay [DE 32] and

Certification in Opposition to Motion for Relief from Stay [DE 33]

Date: August 25, 2026

/s/ Jessica Ann Berry
Signature

*rev.8/1/15*