UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jessica Ann Berry, Esq. (Bar No. 029912007)
Greenspoon Marder LLP
Trade Centre South, Suite 700
100 W. Cypress Creek Road
Fort Lauderdale, FL 33309
TEL. (954) 491-1120
FAX (954) 343-6982
bankruptcy@gmlaw.com

**Order Filed on August 25, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Cinthia Dlugosz
aka Cinthia Maldonado,

Debtor.

Case No.: 25-22624-MBK

Chapter: 13

Hearing Date: July 29, 2026

Judge: Michael B. Kaplan

Recommended Local Form ❒ Followed ☒ Modified

**ORDER RESOLVING MOTION FOR RELIEF FROM STAY WITH CONDITIONS**
**(Re: 2 Federal Street, Metuchen, NJ 08840)**

The relief set forth on the following pages, numbered one (1) through three (3), is hereby **ORDERED**.

**DATED: August 25, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge



24-002344

| | |
|---|---|
| Applicant: | CrossCountry Mortgage, LLC |
| Applicant's Counsel: | Jessica Berry |
| Debtor's Counsel: | Marc C Capone |
| Property Involved ("Collateral"): | 2 Federal Street, Metuchen, NJ 08840 |
| Relief sought: | Motion for Relief from the Automatic Stay |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   - The Debtor is overdue for 3 months, from June 1, 2026, to August 1, 2026.
   - The Debtor is overdue for 3 payments at $2,732.94 per month (06/01/26-08/01/26).
   - Applicant acknowledges a suspense balance of $2,060.30.

   Total Arrearages Due: $6,138.52.

2. The Debtor must cure all post-petition arrearages, as follows:

   - Beginning on September 1, 2026, regular monthly mortgage payments shall continue to be made in the amount of $2,732.94.
   - Beginning on September 15, 2026, additional monthly cure payments shall be made in the amount of $1,023.09 for 5 months, including a final payment of $1,023.07 (from September 15, 2026, through February 15, 2027).

3. Regular monthly payments and monthly cure payments to the Secured Creditor shall be made to the following address:

   Nationstar Mortgage, LLC
   PO Box 619094
   Dallas, TX 75261-9741

4. In the event of Default:

- If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

- If this Case is dismissed, discharged, or converted, the terms of this Order are no longer valid.

5. Award of Attorneys' Fees:

- The Applicant is awarded attorneys fees of $1,350.00 and costs of $199.00.

  The fees and costs are payable:

  - through the Chapter 13 Plan.

**SEEN AND AGREED:**

/s/ Jessica Ann Bery, Esq.
Jessica Ann Berry, Esq. (Bar No. 029912007)
Greenspoon Marder LLP
Trade Centre South, Suite 700
100 W Cypress Creek Rd.
Fort Lauderdale, FL 33309
(888) 491-1120
bankruptcy@gmlaw.com
*Attorney for Movant*

/s/ Marc C Capone, Esq.
Marc C Capone, Esq. (Bar No.021401993)
Gillman Capone LLC
770 Amboy Avenue
Edison, NJ 08837
(732) 528-1166
mcapone@gillmancapone.com
*Attorney for Debtor*

United States Bankruptcy Court
District of New Jersey

In re:
Cinthia Dlugosz
Debtor

Case No. 25-22624-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 2
Date Rcvd: Aug 25, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cinthia Dlugosz, 2 Federal Street, Metuchen, NJ 08840-2815 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Jessica Ann Berry | on behalf of Creditor CrossCountry Mortgage LLC bankruptcy@gmlaw.com |
| Marc C Capone | on behalf of Debtor Cinthia Dlugosz ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor CrossCountry Mortgage LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5