Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−22624−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Cinthia Dlugosz
aka Cinthia Maldonado
2 Federal Street
Metuchen, NJ 08840

Social Security No.:
xxx−xx−4008

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 2, 2026.

Dated: October 2, 2026
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re: Case No. 25-22624-MBK
Cinthia Dlugosz Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 3
Date Rcvd: Oct 02, 2026 Form ID: plncf13 Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cinthia Dlugosz, 2 Federal Street, Metuchen, NJ 08840-2815 |
| cr | + | CrossCountry Mortgage, LLC, Greenspoon Marder LLP, c/o Jessica Ann Berry, 100 West Cypress Creek Rd., Suite 700, Fort Lauderdale, FL 33309 UNITED STATES 33309-2195 |
| 520900961 | + | Krystian Dlugosz, 68 Cristopher St Apt 2, Carteret, NJ 07008-3137 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ecfbnc@aldridgepite.com | Oct 02 2026 22:32:00 | Asaph Abrams, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 02 2026 22:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 02 2026 22:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520900954 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 02 2026 22:40:03 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520900955 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 02 2026 22:50:32 | Citibank, Attn: Bankruptcy, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 520960463 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 02 2026 22:32:00 | CrossCountry Mortgage, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520900956 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 02 2026 22:39:50 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520900957 | | Email/Text: bankruptcycourts@equifax.com | Oct 02 2026 22:32:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520900958 | ^ | MEBN | Oct 02 2026 22:29:50 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 520900959 | ^ | MEBN | Oct 02 2026 22:30:41 | Greenspoon Marder LLP, 100 W. Cypress Creek Road Suite 700, Fort Lauderdale, FL 33309-2195 |
| 520900960 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Oct 02 2026 22:33:00 | Hunter Warfield, Attention: Bankruptcy, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 520931802 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 02 2026 22:33:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520916660 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 02 2026 22:39:11 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520900962 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 02 2026 22:32:00 | Nationstar Mortgage Ll, Po Box 612488, Dallas, TX 75261-2488 |

| | | | | |
|---|---|---|---|---|
| 520900963 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 02 2026 22:40:06 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520971599 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 02 2026 22:40:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 520930079 | | Email/Text: bnc-quantum@quantum3group.com | Oct 02 2026 22:33:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520913891 | | Email/Text: bnc-quantum@quantum3group.com | Oct 02 2026 22:33:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520900964 | + | Email/Text: bankruptcy@rubinrothman.com | Oct 02 2026 22:32:00 | Rubin & Rothman, 1787 Veterans Highway Suite 32, Islandia, NY 11749-1500 |
| 520900965 | ^ | MEBN | Oct 02 2026 22:30:11 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 520900966 | + | Email/Text: bankruptcy@bbandt.com | Oct 02 2026 22:32:00 | Truist Financial, Attn: Bankruptcy 214 N Tryon St, Charlotte, NC 28202-0129 |
| 521222621 | | Email/Text: EDBKNotices@ecmc.org | Oct 02 2026 22:32:00 | U.S. Department of Education, PO Box 16448, Saint Paul MN 55116-0448 |
| 520919083 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 02 2026 22:33:00 | US Department of Education c/o Nelnet, 121 S 13TH ST, Lincoln, NE 68508-1911 |
| 520900967 | ^ | MEBN | Oct 02 2026 22:31:15 | Uheaa/doe, Po Box 82561, Lincoln, NE 68501-2561 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Jessica Ann Berry | on behalf of Creditor CrossCountry Mortgage LLC bankruptcy@gmlaw.com |
| Marc C Capone | |

| | |
|---|---|
| | on behalf of Debtor Cinthia Dlugosz ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor CrossCountry Mortgage LLC bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5