**GILLMAN CAPONE LLC**
**Marc C. Capone, Esq.**
**60 Highway 71**
**Spring Lake Heights, NJ 07762**
**Telephone: (732) 528-1166**
**Fax: (732) 661-1707**
**Email: ecf@gillmancapone.com**

**Order Filed on October 22, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Cinthia Dlugosz,<br><br>Debtor(s). | Chapter 13<br><br>Case No. 25-22624<br><br>Hearing Date: October 21, 2026<br><br>Judge: Michael B. Kaplan |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: October 22, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that ____Marc Capone____, the applicant, is allowed a fee of $____2,160.50____for services rendered and expenses in the amount of $____0____for a total of $____2,160.50____. The allowance is payable:

☒ $__2,160.50____ through the Chapter 13 plan as an administrative priority.

☒ $____0________ outside the plan.

The debtor's monthly plan is modified to require a payment of $____1,364.00____per month for ____47____months beginning December 2026 to allow for payment of the above fee.

*rev.8/1/15*